IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02384-BNB

CLARENCE BROWN, # 83995,

Applicant,

v.

[NO NAMED RESPONDENT],

Respondent.

---

ORDER OF DISMISSAL

---

Applicant Clarence Brown is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Reception and Diagnostic Center in Denver, Colorado. On November 14, 2007, Mr. Brown submitted to the Court a Letter with attachments to the Court. Magistrate Judge Boyd N. Boland reviewed the Letter and attachments, determined that Applicant was attempting to file a habeas corpus action pursuant to 28 U.S.C. § 2254, and entered an order instructing Mr. Brown to file his claims on a current Court-approved form that is used in filing § 2254 claims in this Court. Applicant also was directed to submit to the Court the current Court-approved form used by prisoners in filing requests to proceed *in forma pauperis* in this Court.

Mr. Brown now has failed to communicate with the Court and as a result has failed to cure the deficiencies noted in the November 14, 2007, Order within the time

allowed. The Court, therefore, will dismiss the action for failure to cure deficiencies. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 31 day of Jan., 2008.

BY THE COURT:

Zita W. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02384-BNB

Clarence Brown
Doc No. 83995
DRDC
PO Box 392004
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/1/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk